**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

ROBERT SANDOVAL,

           Plaintiff,

    v.

LIFECELL CORPORATION, et al.,

        Defendants.

_____

*APPLIES TO:*

Amber Yeager

Master Docket No.
No. 2:21-CV-17705-BRM-LDW

**Civil Action No.**   2:24-cv-00191

## SHORT FORM COMPLAINT

Plaintiff(s) file(s) this Short Form Complaint pursuant to Case Management Order No. 9 and is/are to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff(s) hereby incorporate(s) the Master Complaint in Case No. 2:21-CV-17705-BRM-LDW by reference. Plaintiff(s) further show(s) the Court as follows:

1.    The name of the person implanted with Defendants' Hernia Mesh Device(s) (Plaintiff):

Amber Yeager

2.    The name of any Consortium Plaintiff (if applicable):

n/a

3.    Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator):

n/a

4.    At the time of the filing of the specific case, Plaintiff(s) is/are a citizen of:

Oklahoma City, Oklahoma in Oklahoma County

1

5.    Defendants (Check Defendants against whom Complaint is made):

    [X]    A.  LifeCell Corporation

    [X]    B.  Allergan USA, Inc.

6.    Check the device(s) and list implant date and location (city and state) for any of Defendants' Hernia Mesh Device(s) in which Plaintiff is making a claim:

    [ ]    Strattice

        Implant Date: ___7/1/2013___    City, State: ___Oklahoma City, OK___

    [ ]    Strattice FIRM

        Implant Date: _____    City, State: _____

    [ ]    Strattice Extra-Thick Implant Date:

        _____    City, State: _____

    Strattice Perforated Implant Date:

    [ ]

    Strattice Laparoscopic Implant Date: _____    City, State: _____

    [ ]

        _____    City, State: _____

    [ ]    Other Strattice Implant (please list in space provided below):

    _____

    Implant Date:    City, State:

2

7.      Have any of the the Strattice implant(s) above been removed or revised?

[X] Yes [ ]      No

8.      Counts in the Master Complaint adopted by Plaintiff(s):

[X]            Count I – Strict Product Liability - Defective Design

[X]            Count II – Strict Product Liability - Failure to Warn

[X]            Count III – Negligence

[X]            Count IV – Negligent Misrepresentation

[X]            Count V – Fraud

[X]            Count VI – Breach of Express Warranty

[X]            Count VII – Breach of Implied Warranty

[X]            Count VIII – Violation of State Consumer Protection Laws

[X]            Count IX – Punitive Damages

[ ]            Other Counts and Pertinent Details: (e.g. Wrongful Death (for Wrongful Death  please identify date of death and any other pertinent details below)):

_____

_____

_____

9.      Jury Demand:

[X]            Jury Trial is Demanded as to All Counts

[ ]            A Jury Trial is not Demanded as to the Count(s), identified below:

_____

_____

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants of  compensatory damages, economic damages, punitive damages, interest, full refund of all purchase   costs Plaintiff paid for the device, attorneys' fees and costs of suit, and such

further relief as the Court deems equitable and just, and as set forth in the Master

Complaint as appropriate.

/s/ *Derek T. Braslow*
Derek T. Braslow

**KETTERER BROWNE & ASSOCIATES, LLC.**
Derek T. Braslow, *Pro Hac Vice*
Brian D. Ketterer, *Pro Hac Vice*
Justin Browne, *Pro Hac Vice*
Robert Price, *Pro Hac Vice*
Keith E. Smith, *Pro Hac Vice*
230 Sugartown Road, #20
Wayne, Pennsylvania 19087
(484) 443-4558/Fax: (855) 334-5626
Derek@KBAattorneys.com
Brian@KBAattorneys.com
Justin@KBAattorneys.com
Robert@KBAattorneys.com
Keith@KBAattorneys.com

**COHEN & MALAD, LLP**
Edward "Ned" Mulligan V, *Pro Hac Vice*
Jonathan A. Knoll, *Pro Hac Vice*
One Indiana Square; Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481/Fax: (317) 636-2593
nmulligan@cohenandmalad.com
jknoll@cohenandmalad.com

***Attorneys for Plaintiff***